ABIJAH C. RIGBY, Respondent, v. ALLEGANY COUNTY FARMERS' CO-OPERATIVE FIRE INSURANCE COMPANY, OF BELMONT, N. Y., Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of Scutella v. County Fire Insurance Co. of Philadelphia (231 App. Div. 343). (See, also, Hay v. Star Fire Insurance Co., 77 N. Y. 235.) All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ALBERT J. MORRIS, JR., an Infant, by ALBERT R. MORRIS, His Guardian ad Litem, Respondent, v. TOWN OF STAFFORD, Appellant.— Judgment and order affirmed, with costs. It does not appear that plaintiff violated section 88, subdivision 3, of the Vehicle and Traffic Law for the portion of that statute relating to allowing a part of one's body to protrude from a vehicle relates only to persons on the rear of a vehicle (Connor v. Western New York Motor Lines, Inc., 250 N. Y. 165), and the facts do not establish a violation by the plaintiff of that part of the statute which provides that a person shall not " hang on " any street car or vehicle whatever. All concur, except Thompson, J., who dissents and votes for reversal and dismissal of the complaint on the ground that it conclusively appears that the plaintiff was guilty of contributory negligence in violating section 89, subdivision 5, of the Vehicle and Traffic Law, and that defendant was not guilty of negligence, and Crosby, J., who dissents and votes for reversal and dismissal of the complaint on the first ground mentioned in the dissent of Thompson, J. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MABEL SMITH FLETCHER, Appellant, v. VILLAGE OF VICTOR, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JOHN ADOMOWIEZ, Respondent, v. CENTRAL NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY *TO ANIMALS and NORMAN CROSS, Appellants.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

DORIS GOETZ and PAUL GOETZ, Respondents, v. VERA FISHER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THERESA KLAPP, Respondent, v ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THOMAS L. FOULKES, and Others, as Assignees for the Benefit of Creditors of BRAEBURN OF ROCHESTER, INC., Respondents, v. ARNOLD CONSTABLE & CO., Appellant, and LOUIS HOLTZ & SONS, INC., Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER PORTO, Appellant.— Motion for reargument denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

HAZEL CORDES, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.